IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02212-CMA-MEH

NEW TECH MACHINERY CORP.,

     Plaintiff,

v.

ENGLERT, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2009.**

     The Joint Motion for Entry of Protective Order [filed February 6, 2009; docket # 12] is **granted**. The Stipulated Protective Order in this matter is filed contemporaneously with this minute order.