**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02212-CMA-MEH

NEW TECH MACHINERY CORP., a Colorado corporation,

    Plaintiff,

v.

ENGLERT, INC., a New Jersey corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    This matter, coming before the Court upon the parties' Stipulated Motion for Dismissal (Doc. # 24), and the Court being fully advised in the premises, it is hereby

    ORDERED that the Stipulated Motion for Dismissal is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE, each party to bear its own attorney's fees and costs.

    DATED:  April __13__, 2009

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge